**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Gymreapers LLC,<br><br>Defendant. | Civil Case No.: 0:26-cv-3237(KMM/DTS)<br><br>**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff moves for a thirty (30) day extension of the deadline for Gymreapers LLC to respond to the Complaint to September 21, 2026. Pursuant to Local Rule 6.1, good cause exists for the extension as counsel for Defendant has just recently been retained and needs additional time to investigate the claims in the Complaint before the response due date.

All parties have consented to this request. The requested extension will not affect any other deadlines. There are presently no scheduled conferences in this action.

Respectfully Submitted,

Dated: August 20, 2026

**THRONDSET MICHENFELDER, LLC**

*/s/Patrick W. Michenfelder*
Chad A. Throndset (#0261191)
Patrick W. Michenfelder (#024207X)
Jason D. Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
chad@throndsetlaw.com
pat@throndsetlaw.com
jason@throndsetlaw.com
*Attorneys for Plaintiff*