**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Gymreapers LLC,<br><br>Defendant. | Civil Case No.: 0:26-cv-3237(KMM/DTS)<br><br>**PROPOSED ORDER** |

The Court has reviewed the "Consent Motion to Extend Time for Defendant to Respond to Complaint" filed by Plaintiff on August 20, 2026 (ECF No. 7). Pursuant to Fed. R. Civ. P. 6(b), the Court finds that good cause has been shown, and **HEREBY ORDERS** as follows:

1. **IT IS ORDERED THAT** the Consent Motion to Extend Time for Defendant to Respond to Complaint filed by Plaintiff on August 20, 2026 (ECF No. 7) is **GRANTED**; and

2. **IT IS FURTHER ORDERED THAT** Defendant Gymreapers LLC shall submit its response to the complaint no later than September 21, 2026.

**IT IS SO ORDERED.**

Date: ______________________ ________________________________