**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Julie Dalton,

Plaintiff,

v.

Gymreapers LLC,

Defendant.

Case No. 26-cv-3237 (KMM/DTS)

**ORDER**

---

Plaintiff filed a motion, Dkt. No. 7, to give Defendant an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendant shall Answer or otherwise respond to the Complaint on or before September 21, 2026.

Dated: August 21, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge