**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Gymreapers LLC,<br><br>Defendant. | Civil Case No: 26-cv-3237(KMM/DTS)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Julie Dalton by her undersigned counsel hereby dismisses the above-entitled action with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) without costs or fees to any party.

**THRONDSET MICHENFELDER, LLC**

Dated: September 1, 2026

By: /s/Patrick W. Michenfelder
Patrick W. Michenfelder (#024207X)
Chad A. Throndset (#0261191)
Jason D. Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
Fax: (763) 226-2515
Email: pat@throndsetlaw.com
Email: chad@throndsetlaw.com
Email: jason@throndsetlaw.com
*Attorneys for Plaintiff*